IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
               Plaintiff,        )          8:10CR449
                                 )
          v.                     )
                                 )
ANDREA CARLSON,                  )              ORDER
                                 )
               Defendant.        )
_____  )
```

This matter is before the Court on defendant's motion to extend time to file objections to the presentence investigation report (Filing No. 99). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until August 12, 2011, to submit objections to the presentence investigation report.

DATED this 11th day of August, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court