IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR449 |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREA CARLSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for permission to seal (Filing No. 102).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion is granted; the sentencing memorandum and exhibits shall remain sealed pending further order of the Court.

DATED this 23rd day of August, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court